IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02711-BNB

JUAN MOTA,

Applicant,

v.

HARLEY LAPPIN, and
VANESSA P. ADAMS, Warden at FDC Petersburg,

Respondents.

ORDER OF DISMISSAL

On December 21, 2007, Applicant Juan Mota submitted to the Court an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. On February 1, 2008, the Court entered an order denying Mr. Mota leave to proceed pursuant to § 1915. Applicant was directed to pay the $5.00 filing fee within thirty days of the date of the February 1, 2008, Order. The Order specifies that if Applicant fails to pay the $5.00 filing fee within the time allowed the Application will be denied and the action will be dismissed without further notice.

Mr. Mota has failed to respond to the February 1, 2008, Order, or otherwise to communicate with the Court in any way, within thirty days of the date of the Order. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to prosecute.

DATED at Denver, Colorado, this 20 day of March, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-02711-BNB

Juan Mota
Reg. No. 06050-094
FC I- Englewood
9595 W. Quincy Avenue
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/21/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk